# CASE ANNOUNCEMENTS

*March 2, 2011*

[Cite as *03/02/2011 Case Announcements #2*, 2011-Ohio-918.]

## MOTION AND PROCEDURAL RULINGS

**2010–1642. State ex rel. McCaffrey v. Mahoning Cty. Prosecutor's Office.**
In Mandamus. On respondents' motion to supplement their motion to stay or in the alternative, motion for protective order, it is ordered that the motion to supplement is granted.

On respondents' supplemented motion to stay the case pending the resolution of *State v. Cafaro*, Mahoning C.P. No. 2010 CR 800A–I or, in the alternative, motion for protective order filed by respondent Mahoning County Prosecuting Attorney Paul J. Gains and Assistant Prosecuting Attorneys Linette Stratford and Gina Bricker, it is ordered that the motion is denied.

On respondents' motion for extension of time to respond to discovery, it is ordered that the motion is denied.

On respondents' motion for a protective order to limit the depositions to stenographic means only, or in the alternative, to limit dissemination and use of the depositions, it is ordered that the motion is denied.

LUNDBERG STRATTON, J., concurs in the denial of respondents' motion for a protective order to limit the depositions to stenographic means only, or in the alternative, to limit dissemination and use of the depositions, and otherwise dissents and would grant the motions to stay and extend time and deny the motion to supplement.

# CASE ANNOUNCEMENTS

*March 3, 2011*

[Cite as *03/03/2011 Case Announcements*, 2011-Ohio-919.]

## DISCIPLINARY CASES

**2007–2380. Disciplinary Counsel v. Walker.**
On January 31, 2011, respondent, Donald Lewis Walker, filed an application for termination of probation. Upon consideration thereof, the court finds that respondent has substantially complied with Gov.Bar R. V(9)(D) and with its order dated November 6, 2009, in which the court reinstated the respondent to the practice of law and placed him on monitored probation for a period of one year under the guidance of both a substance-abuse monitor and a law-practice monitor.

On consideration thereof, it is ordered by this court that the probation of respondent, Donald Lewis Walker, Attorney Registration No. 0033764, last known business address in Copley, Ohio, is terminated.

It is further ordered that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

## MISCELLANEOUS DISMISSALS